UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-00565 AB (ADS)                                    Date: March 11, 2026

Title: *Hai He v. Kristi Noem, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") filed by Petitioner Hai He, an immigration detainee proceeding through counsel. (Dkt. No. 1.) On February 18, 2026, the Court issued an Order Regarding Screening of Petition ("OSP") because the Petition alleges Petitioner is detained in two districts. (Dkt. No. 13.) The Court ordered Petitioner to file an amended Petition or a written response by March 4, 2026. (Id.) The deadline has passed, and Petitioner has not filed a response to the OSP or otherwise communicated with the Court.

By no later than March 17, 2026, Petitioner is ordered to show cause in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders. Petitioner may respond to this Order by filing an amended Petition or written response, clarifying where Petitioner is detained.

Failure to timely file a response will result in a recommendation that this action be dismissed. If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**IT IS SO ORDERED.**

Initials of Clerk kh