UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI HE,<br><br>                    Petitioner,<br><br>              v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-00565 AB (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), the Order Regarding Screening of Petition (Dkt. No. 13), the Order to Show Cause Regarding Dismissal (Dkt. No. 14), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16).  Petitioner did not respond to the Order Regarding Screening of Petition, the Order to Show Cause Regarding Dismissal, or file objections to the Report and Recommendation.  The deadlines to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.  The Report and Recommendation is accepted, (Dkt. No. 16);

2.  The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, comply with court orders, and establish jurisdiction; and

3.  Judgment is to be entered accordingly.

DATED:  May 29, 2026    _____

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

2