JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HAI HE,

              Petitioner,

              v.

KRISTI NOEM, et al.,

              Respondents.

Case No. 5:26-cv-00565 AB (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the action dismissed.

DATED:  May 29, 2026

_____

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge